UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-CV-22261-CIV-MORENO/OTAZO-REYES

ALVARO HUERTA and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

ROSALIA'S, INC. d/b/a TRATTORIA ROSALIA, THOMAS J. BILLANTE, KOSMAS A. KALAS, and MANUEL PAUCAR,

    Defendants.
_____/

(CLOSED CIVIL CASE)

### ORDER ON JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT AND FOR IN CAMERA REVIEW

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve Confidential Settlement Agreement and for In Camera Review and Stipulation of Dismissal [D.E. 40]. The Court has reviewed the file and being otherwise duly advised in the premises, and for good cause shown, it is:

**ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion to Approve Confidential Settlement Agreement and for In Camera Review is hereby **GRANTED**.

2. The Court finds the parties' settlement to be fair and reasonable in light of a bona fide dispute, and is hereby approved.

3. This case is **DISMISSED with prejudice**, and the Court retains jurisdiction for 180 days for any party to move to enforce the settlement agreement, if necessary.

1

4. Each party shall bear his/its own attorneys' fees and costs except as provided in the parties' settlement agreement.

5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED as moot** and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of August, 2013.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies provided to: Counsel of Record